ACCEPTED
14-15-00357-cr
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 11:37:05 AM
CHRISTOPHER PRINE
CLERK

**Matthew J. DeLuca**

712 Main Street, Suite 2450
Houston, Texas 77002
Tel: (713) 429-4400
Fax: (713) 228-2366
matt@delucalaw.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/24/2015 11:37:05 AM
CHRISTOPHER A. PRINE
Clerk

April 24, 2015

Christopher Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Re:    Case No. 14-15-00357-CR, *Erik Kuether v. The State of Texas*

Dear Mr. Prine:

Pursuant to Texas Rule of Appellate Procedure 6.1(c), I am filing this notice to be designated as new lead counsel for Erik Kuether, Appellant in the above referenced case. I am also requesting that Tyler Flood remain attached as counsel for Appellant in this case.

My contact information is:

    Matthew J. DeLuca
    State Bar No. 24069601
    712 Main St., #2450
    Houston, TX 77002
    Tel: (713) 429-4400
    Fax: (713) 228-2366
    mattdeluca@gmail.com

If you have any questions in regard to this matter, please do not hesitate to contact me.

Matt DeLuca

Consented:

Tyler Flood with permission MJD
Tyler Flood